# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 303 WAL 2017 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the **Unpublished Memorandum and** |
| v. | : | **Order** of the Superior Court at No. 1506 |
| | : | WDA 2016 entered on July 7, 2017, |
| | : | **vacating** the Order of the McKean |
| TANYA MARIE BROWN, | : | County Court of Common Pleas at No. |
| | : | CP-42-CR-0000008-2004 entered on |
| Petitioner | : | September 6, 2016 |

## ORDER

**PER CURIAM**

   **AND NOW**, this 29th day of November, 2017, the Petition for Allowance of Appeal is **GRANTED**. The order of the Superior Court is **REVERSED**. *See Commonwealth v. Muniz*, 164 A.3d 1189 (Pa. 2017). The Commonwealth's Application for Relief is **DENIED**. Petitioner's Application for Expedited Review is **DENIED** as moot.